UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GARRISON HARDISTY,

    Plaintiff,

v.

CAROLN W. COLVIN,
Acting Commissioner of
Social Security Administration,

    Defendant.

Case No. 3:15-cv-00265-LRH-WGC

ORDER

    Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 19) entered on June 22, 2016, recommending granting Plaintiff's Motion for Judgment on the Pleadings (ECF No. 13) filed on October 16, 2015, and denying Defendant's Cross-Motion to Affirm and Opposition to Plaintiff's Motion to Remand (ECF No. 17) entered on December 16, 2015.

    Defendant filed Objections to Report and Recommendation (ECF No. 20) on July 8, 2016. Plaintiff filed a Response to Defendant's Objections to the Magistrate Judge's Report and Recommendation (ECF No. 21) on July 22, 2016.

    The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

    The Court has conducted its *de novo* review in this case, has fully considered the objections of defendant, the response of plaintiff, the pleadings and memoranda of the

1  parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and
2  Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and
3  Recommendation (ECF No. 19) entered on June 22, 2016, should be adopted and
4  accepted.

5      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
6  Recommendation (ECF No. 19) entered on June 22, 2016, is **ADOPTED AND**
7  **ACCEPTED**, and Plaintiff's Motion for Judgment on the Pleadings (ECF No. 13) is
8  **GRANTED**.

9      IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF
10  No. 17) is **DENIED**.

11      IT IS FURTHER ORDERED that this matter is **REMANDED to the ALJ for**
12  **calculation and award of benefits**.

13      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in
14  this matter.

15      IT IS SO ORDERED.
16      DATED this 12th day of September, 2016.

                                                    LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE