AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

GARRISON HARDISTY,

      Plaintiff,

V.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security Administration,

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:15-cv-00265-LRH-WGC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings (ECF No. 13) is **GRANTED**.
      IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No. 17) is **DENIED**.
      IT IS FURTHER ORDERED that this matter is **REMANDED to the ALJ for calculation and award of benefits**.

  September 13, 2016                              **LANCE S. WILSON**
                                                                     Clerk

                                                         /s/ D. R. Morgan
                                                             Deputy Clerk