UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARRISON HARDISTY,<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Case No.  3:15-cv-00265-LRH-(WGC)<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 30) entered on April 27, 2017, recommending granting plaintiff's motions for attorneys fees (ECF Nos. 24, 27) entered on December 9, 2016, and March 3, 2017, respectively. No objection to the Report and Recommendation has been filed.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 30) entered on April 27, 2017, should be adopted and accepted.

///

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 30) entered on April 27, 2017, is ADOPTED AND ACCEPTED, and plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) (ECF No. 24) is GRANTED.

IT IS FUTHER ORDERED that plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) (ECF No. 27) is GRANTED.

IT IS SO ORDERED.

DATED this 26th day of June, 2017.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE